**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

PHILLIP SULLIVAN, JR.,

        Plaintiff,

        -against-

INTERNATIONAL FOODSERVICE
MANUFACTURERS ASSOCIATION,

        Defendant.

Case No.: 1:19-cv-4929

**NOTICE OF DISMISSAL**
**PURSUANT TO FRCP**
**41(a)(1)(A)(i)**

**PLEASE TAKE NOTICE** that the claims of Plaintiff, PHILLIP SULLIVAN JR., are hereby dismissed without prejudice, in their entirety, as against Defendant, INTERNATIONAL FOODSERVICE MANUFACTURERS ASSOCIATION, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: August 22, 2019
       New York, New York

C.K. Lee, Esq.
Lee Litigation Group, PLLC
73 West Monroe Street
Chicago, IL 60603
Phone: (212) 465-1188

SO ORDERED:

_____
U.S.D.J.